UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

RE: Melinda M Rappe ) Case No. 20-16912
)
Debtors ) Chapter 13
)
) Judge: Donald R Cassling

## DEBTOR'S DECLARATION REGARDING DOMESTIC SUPPORT OBLIGATIONS PAYMENT ADVICES AND TAXES

I  Melinda M Rappe , state as follows:

### REGARDING DOMESTIC SUPPORT OBLIGATIONS

OR

[✓] A. Since the filing of this bankruptcy, I have not been required by a judicial or administrative order, or by statute to pay any domestic support obligation as defined in 11 U.S.C. § 101 (14A).

[ ] B. I have paid all amounts that first became due and payable after the filing of this bankruptcy, which I am required to pay under a domestic support obligation [as defined in 11 U.S.C. § 101 (14A)] required by a judicial or administrative order, or by statute.

[ ] If I become delinquent in my domestic support obligation, I will notify the Trustee immediately of any such delinquency until this case is dismissed or discharged.

[ ] If I incur a new domestic support obligation during my Chapter 13, I will notify the Trustee.

### REGARDING PAYMENT ADVICES

[✓] A. I have provided copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

[ ] B. I have not provided copies of all payment advices or other evidence of payment received within 60 days before the date of filing of the petition from any employer because:

[ ] 1) I was not employed during the period immediately preceding the filing of the above referenced case
_____ (state dates you were unemployed)

[ ] 2) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

[ ] 3) I am self-employed and do not receive any evidence of payment.

[ ] 4) Other _____ (please explain)

### REGARDING TAXES

[✓] A. I have filed all Federal, State and local tax returns required by law to be filed for all taxable periods ending during the 4-year period prior to filing of this bankruptcy.

[ ] B. I have not filed Federal, State, and local tax returns required by law for each of the last 4 years, but I intend to file them promptly

OR

[ ] C. I was not required to file tax returns for the following years;

_____ (state the years)

The reason I was not required to file those tax returns;

_____ (state the reason)

## NOTIFICATION TO TRUSTEE

I will notify the Trustee of any change in my employment including the name, address, and telephone number of my new employer until this case is dismissed or discharged.

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge information and belief.

Dated: 10/9/2020

*Melinda Rappi*
SIGNATURE OF DEBTOR

Annual case status report via email ☑
(if not checked it will be sent out via mail)

melmeg3@gmail.com
EMAIL ADDRESS ( Please Print Clearly)